# MINUTES

| | |
|---|---|
| CASE NUMBER: | 1:23-CV-00291-MWJS-RT |
| CASE NAME: | Danielle Tighe v Westin Operator LLC |
| ATTY FOR PLTF: | James H. Monma |
| ATTY FOR DEFT: | Stacy Y. Ma |

| | | | |
|---|---|---|---|
| JUDGE: | Rom Trader | REPORTER: | ZOOM – Sealed |
| DATE: | 3/21/2024 | TIME: | Sealed: 2:01 PM – 2:10 PM |

COURT ACTION: EP:   CONFIDENTIAL SETTLEMENT ON THE RECORD held on 3/21/2024.

<u>Others Present</u>: Danielle Tighe, Plaintiff.

Ms. Ma recited the **material and essential** terms of the settlement.

Parties, individually and through counsel, **confirmed and consented** to the settlement terms as recited.

Settlement **terms** to remain **confidential**. The audio and transcript of this hearing shall be sealed. Counsel and the parties, however, shall be permitted access without further court order.

Court finds the essential terms of a **binding and enforceable settlement** have been set forth in the record of this case.

**Stipulation for Dismissal With Prejudice** due by **5/20/2024** and to be submitted to Smith_Orders@hid.uscourts.gov with a courtesy copy to Trader_Orders@hid.uscourts.gov.

Court to retain jurisdiction for limited time period up through the stipulation to dismiss to effectuate settlement. *Kokkonen v. Guardian Life Insurance Company of America*, 511 U.S. 375, 114 S.Ct. 1673 (1994).

**Trial date and all deadlines are VACATED.**

To monitor status of the Stipulation for Dismissal, Court sets a Confidential Telephone Conference for **6/6/2024 at 8:30 a.m.** before Magistrate Judge Trader. No submissions

required. Counsel must call in at least five (5) minutes prior to the scheduled start time of the conference. Call-in instructions are below:

Dial in number: 1-833-568-8864 (toll-free).
Meeting ID:     161 5641 6035.

Should the Stipulation for Dismissal be received prior, the Court automatically will vacate the 6/6/2024 Confidential Telephone Conference.

*Submitted by: Michael D. Cruz, Courtroom Manager*